UNITED STATES OF AMERICA, Respondent, v PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Successor to the BANK OF THE MANHATTAN TRUST COM-

PANY as Agent or Depositary of the NORTHERN INSURANCE COMPANY OF MOSCOW and as Assignee for the Benefit of Creditors of the NORTHERN INSURANCE COMPANY OF Moscow, and Others, Defendants. ROBERT J. SYKES, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.